IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HOWARD MCCARTY                                                                                   PLAINTIFF

VS.                                                                       CIVIL ACTION NO. 4:05CV55TSL-AGN

THE ALABAMA GREAT SOUTHERN
RAILROAD COMPANY                                                                              DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This day this cause came on for hearing on joint motion of the plaintiff and defendant for dismissal of this action, and the Court, being advised that the matter has been fully compromised and settled and that no issue remains outstanding between the parties, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action and all claims and causes of action of the plaintiff Howard McCarty against the defendant herein be, and the same are hereby, dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED** on this, the 2nd day of March, A.D. 2006.

/S/ TOM S. LEE
**UNITED STATES DISTRICT COURT JUDGE**

**AGREED:**

s/Michael J. Warshauer
Attorney for Plaintiff

s/Richard A. Follis
Attorney for Defendant

Prepared and Submitted by:
ROMNEY H. ENTREKIN {MB #9276}
RICHARD A. FOLLIS {MB #99156}
FERRIS BURSON ENTREKIN & FOLLIS, PLLC
1107 WEST SIXTH STREET
POST OFFICE DRAWER 1289
LAUREL, MISSISSIPPI 39441-1289
Telephone:      601:649-5399
Facsimile:       601:649-5799
    *Of Counsel for Defendant*